PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Stacy Lamont Randall</u>   Case Number: <u>3:99-00082-01</u>

Name of Sentencing Judicial Officer: <u>Honorable John T. Nixon, Senior U.S. District Judge</u>

Date of Original Sentence: <u>September 12, 2008</u>

Original Offense: <u>Ct. 1 - 21 U.S.C. § 846: Conspiracy to Distribute Crack Cocaine, a Schedule II Controlled Substance and Marijuana, a Schedule I Controlled Substance; Ct. 3 - 18 U.S.C. § 1956(a)(1)(B)(I): Money Laundering.</u>

Original Sentence: <u>131 months' imprisonment followed by 7 years' supervised release. Supervised Release revoked on April 29, 2011, sentenced to 40 months imprisonment followed by 20 months supervised release.</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>February 7, 2014</u>

Assistant U.S. Attorney: <u>Sunny A.M. Koshy</u>   Defense Attorney: <u>Jonathan P. Farmer</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 23rd day of July, 2014, and made a part of the records in the above case.

_____
Honorable John T. Nixon
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place:   Columbia, Tennessee

Date:   July 9, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

**1.**    **The defendant shall refrain from any unlawful use of a controlled substance:**

On May 1, 2014, Mr. Randall submitted a urine screen at the probation office, which tested presumptively positive for marijuana. Mr. Randall denied any use of the substance. The specimen was sent to Alere Laboratories, Gretna, Louisiana, and was confirmed positive for marijuana.

On May 22, 2014, Mr. Randall again submitted a urine screen that was sent to Alere Laboratories and was returned positive for marijuana. Again, he denied any use. Mr. Randall was verbally reprimanded for using marijuana and re-instructed as to the conditions of his release and specifically instructed not to possess or use illegal substances.

On April 3, 2014, Mr. Randall was referred to Centerstone, Nashville, Tennessee, for a substance abuse intake assessment to determine whether he was in need of drug treatment. The intake assessment was completed on June 12, 2014. Mr. Randall was also briefly assessed for mental health issues to determine if a co-occurring disorder was present. He was diagnosed with Post Traumatic Stress Disorder and Cannabis Dependence. During the intake interview, Mr. Randall admitted to the counselor that he had recently relapsed and used marijuana due to not having his medication and he was experiencing an increased amount of stress. Centerstone recommended the offender participate in mental health treatment, at least twice per month; participate in a psychiatric evaluation; and follow up with monthly medication appointments.

**2.**

**The defendant shall participate in a program of drug testing as directed by the probation officer:**

On July 2, 2014, Mr. Randall failed to report to the U.S. Probation Office for a random urine screen. Mr. Randall advised this officer that he neglected to call the code-a-phone line that day to see whether he needed to report for a urine screen.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Randall is a resident of Davidson County, Tennessee, and has recently been under the federal supervision of the U.S. Probation Office since February 7, 2014. He is currently employed with Food Staff, Nashville, Tennessee. He lives with his girlfriend in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence. Mr. Randall is enrolled in Phase 2 of the U.S. Probation drug testing program which requires at least two random drug screens on a monthly basis.

Report on Offender
Under Supervision

Page 3

## U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court to allow Mr. Randall the opportunity to participate in outpatient drug treatment as well as mental health treatment as recommended by Centerstone. It is recommended Mr. Randall continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer